IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 25 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANH THI DOAN  
1227 11th Street, N.W.  
Washington, DC 20001  

    Plaintiff  

v.  

JUANITA EGGLESTON  
415 4th Street, S.W.  
Washington, DC 20024  

and  

THE UNITED STATES OF AMERICA  
SERVE ON:  
Jeffrey A. Taylor, U.S. Attorney  
 For The District of Columbia  
555 4th Street, NW  
Washington, DC 20530  

and  

SERVE ON:  
Linda Singer, U.S. Attorney General  
John A. Wilson Building  
1350 Pennsylvania Avenue, NW, #409  
Washington, D.C. 20004  

    Defendants  

CASE NO.:

CASE NUMBER 1:07CV00181  
JUDGE: Emmet G. Sullivan  
DECK TYPE: Personal Injury/Malpracti  
DATE STAMP: 01/25/2007  

**JURY ACTION**

## COMPLAINT

**NOW COMES** the Plaintiff, Anh Thi Doan, by her undersigned attorneys, Jonathan N. Portner, Esq., and Portner & Shure, P.A., and sues Defendants, and states as follows:

## **PARTIES AND JURISDICTION**

1. Plaintiff, Anh Thi Doan, (hereinafter, "Plaintiff" or "Doan") is a resident of the District Of Columbia, residing at the address indicated above.

2. Defendant, Juanita Eggleston, (hereinafter, "Defendant" or "Eggleston") is a resident of the District Of Columbia, residing at the address indicated above.

3. The United States of America is the owner of the vehicle Defendant Eggleston was driving in which Defendant Eggleston may have been in the course of her employment for the United States Government when the facts giving rise to this Complaint arose.

4. Plaintiff asserts federal subject matter jurisdiction in this Court under 28 U.S.C. §1346(b)(1), as this is a tort claim arising out of the negligence of a federal employee which may have been in the course of her employment, as hereinafter more fully appears.

5. Pursuant to 28 U.S.C. §2675, Plaintiff first presented this claim to the Tort Claims Department of the District Of Columbia Government on July 15, 2004.

6. The accident upon which the Complaint is based occurred in the District Of Columbia, where venue is claimed.

## **COUNT I**
### **Doan vs. Eggleston**
### **Negligence**

7. On or about July 9, 2004, at approximately 1:30 p.m., Plaintiff Anh Thi Doan was operating her motor vehicle northeast bound in the middle lane of New York Avenue or near the intersection with North Capitol Street, N.W.

8. At the same time and place, Defendant Eggleston was also operating a motor vehicle on northeast bound in the far right lane on New York Avenue when she attempted to change lanes,

thus striking the driver's side of Plaintiff's vehicle with such force, Plaintiff struck the curb, thus causing Plaintiff to suffer property damage, as well as bodily injury.

9. Defendant Eggleston owed a duty to Plaintiff Doan to exercise due care by: keeping her vehicle at a speed reasonable and prudent under the circumstances then and there existing; maintaining a proper lookout for Plaintiff's vehicle and others; following all applicable traffic rules and regulations, and; to otherwise operate her vehicle in a prudent and careful manner.

10. Defendant Eggleston breached her duty to Plaintiff Doan by failing to keep her vehicle at a speed reasonable and prudent under the circumstances then and there existing, failing to maintain a proper lookout for Plaintiff's vehicle and others, failing to observe and follow all applicable traffic rules and regulations, and in otherwise failing to comply with her duty to Plaintiff to operate her vehicle in prudent and careful manner.

11. As a direct and proximate result of the collision between the vehicle driven by the Defendant and the Plaintiff's vehicle, the Plaintiff was caused to sustain property damage and other associated damages and costs, caused to sustain severe and permanent injury; caused to incur medical bills and expenses; and was caused to endure pain and suffering. Furthermore, Plaintiff Doan was precluded from enjoying her usual employment and other avocations.

12. The injuries, grievances and damages as hereinabove set forth, were caused by the carelessness, negligence, and recklessness of the Defendant as stated herein, without any carelessness or negligence on the part of the Plaintiff contributing thereto.

**WHEREFORE**, Plaintiff, Anh Thi Doan, brings this action and claims compensatory damages in the amount of Five Hundred Thousand Dollars ($500,000.00) from Defendants, Juanita Eggleston and United States of America, jointly and severally, plus interest, costs of this suit and such other and further relief as the Court may find appropriate.

## COUNT II
### Negligence (Respondeat Superior)
### Anh Thi Doan v. The United States of America

13. All allegations heretofore stated in paragraphs 1 - 12 are incorporated herein and Anh Thi Doan, further alleges as follows:

14. Defendant, The United States of America, is the owner of the vehicle Defendant, Eggleston, was driving at the time of the accident.

15. Plaintiff Doan is informed and believes, and as such information and belief alleges, that at the time of her careless, negligent and reckless acts and omissions as set forth in this Complaint, Defendant, Eggleston, was the agent, servant and/or acting on behalf of Defendant, The United States of America; or was operating said vehicle with its permission, and within the scope of said permission.

16. As a direct and proximate result of each of the foregoing acts, omissions, and wrongdoing and breach of Defendant Eggleston, each of which are attributable to Defendant, The United States of America, Plaintiff Doan was caused to sustain severe and permanent injuries, to incur medical bills and expenses, to endure great pain and suffering, and other consequential and special damages. Furthermore, Plaintiff Doan has been permanently precluded from enjoying her usual employment enterprises and other avocations.

**WHEREFORE**, Plaintiff, Anh Thi Doan, brings this action and claims compensatory damages in the amount of Five Hundred Thousand Dollars ($500,000.00) from Defendants, Juanita Eggleston and the United States of America, jointly and severally, plus interest, costs of this suit and such other and further relief as the Court may find appropriate.

Respectfully submitted,

_____
Jonathan N. Portner, Esq., #06576
PORTNER & SHURE, P.A.
5300 Dorsey Hall Dr., Ste. 104
Ellicott City, Maryland 21042
(301) 854-9000
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANH THI DOAN<br>1227 11th Street, N.W.<br>Washington, DC 20001<br><br>    Plaintiff<br><br>v.<br><br>JUANITA EGGLESTON<br>415 4th Street, S.W.<br>Washington, DC 20024<br><br>and<br><br>THE UNITED STATES OF AMERICA<br>SERVE ON:<br>Jeffrey A. Taylor, U.S. Attorney<br>  For The District of Columbia<br>555 4th Street, NW<br>Washington, DC 20530<br><br>and<br><br>SERVE ON:<br>Linda Singer, U.S. Attorney General<br>John A. Wilson Building<br>1350 Pennsylvania Avenue, NW, #409<br>Washington, D.C. 20004<br><br>    Defendants | CASE NO.: |

## REQUEST FOR JURY TRIAL

Mr./Ms. Clerk:

    The Plaintiff herein respectfully request this matter be set for trial before a jury.

Respectfully submitted,

_____
Jonathan N. Portner, Esq.
PORTNER & SHURE, P.A.
5300 Dorsey Hall Dr., Ste. 104
Ellicott City, Maryland 21042
(301) 854-9000
Attorneys for Plaintiff

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I. (a) PLAINTIFFS
Anh Thi Doan

## DEFENDANTS
Juanita Eggleston, et al

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   11001
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   11001
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Jonathan N. Portner
PORTNER & SHURE, P.A.
5300 Dorsey Hall Drive, Suite #104
Ellicott City, Maryland 21042
(410) 995-1515

CASE NUMBER   1:07CV00181
JUDGE: Emmet G. Sullivan
DECK TYPE: Personal Injury/Malpracti
DATE STAMP: 01/25/2007

JURY ACTION

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ● 1 | ● 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A.** *Antitrust*
- ☐ 410 Antitrust

● **B.** *Personal Injury/Malpractice*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

○ **C.** *Administrative Agency Review*
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E.** *General Civil (Other)*   OR   ○ **F.** *Pro Se General Civil*

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
⦿ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Plaintiff was involved in a motor vehicle collision wherein she sustained personal injuries and property damage. 28 U.S.C. §1346(b)(1)

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ 500,000.00    Check YES only if demanded in complaint
JURY DEMAND:  YES ☒  NO ☐

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE  January 25, 2007    SIGNATURE OF ATTORNEY OF RECORD _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.