## VERIFIED RETURN OF SERVICE

**District of Columbia**                                           **United States District Court Court**

Case Number: 1:07CV00181

Plaintiff:
**ANH THI DOAN**

VS.

Defendant:
**JUANITA EGGLESTON, ET AL**

For:
portner and shure
Portner & Shure, P.A.
5300 Dorsey Hall Dr., Suite 104
Ellicott City, MD 21042

Received by L.H. LEVY INVESTIGATIONS, INC. on the 6th day of February, 2007 at 2:24 pm to be served on U.S
**ATTORNEY GENERAL- DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVE., NW., WASHINGTON DC 2**

I, Scott Tilles, do hereby affirm that on the **26th day of February, 2007 at 1:30 pm, I:**

Served a Government Agency by delivering a true copy of this **SUMMONS, COMPLAINT** with the date and hour of
service endorsed thereon by me, to Willie T. Lee as general clerk of the within named agency, to wit: DOJ mail room
and informing such person of their contents.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: Black, Height: 5'8", Weight: 175, Hair: Black,
Glasses: Y

I certify that I am over the age of 18, and am not a party to the above action. I do solemnly declare and affirm under
the penalties of perjury that the matters and facts set forth herinabove are true and correct to the best of my
knowledge, information and belief.I certify that I am over the age of 18, and is not a party to the above action.

**Scott Tilles**
Process Server

L.H. LEVY INVESTIGATIONS, INC.
D B A Quickpace Process Service
P.O. Box 5880
Baltimore, MD 21282
(410) 653-9025
Our Job Serial Number: 2007

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V6.5j

## VERIFIED RETURN OF SERVICE

**District of Columbia**

United States District

Case Number: 1:07CV00181

Plaintiff:
**ANH THI DOAN**

vs.

Defendant:
**JUANITA EGGLESTON, ET AL**

For:
portner and shure
Portner & Shure, P.A.
5300 Dorsey Hall Dr., Suite 104
Ellicott City, MD 21042

Received by L.H. LEVY INVESTIGATIONS, INC. on the 6th day of February, 2007 at 2:24 pm to be served on
**JEFFREY A. TAYLOR, U.S ATTORNEY FOR THE DISTRICT OF COLUMBIA, 501 3rd ST., N.W., WASHINGTON
D.C. 20530.**

I, Scott Tilles, do hereby affirm that on the **26th day of February, 2007** at 2:15 pm, I:

Served a Government Agency by delivering a true copy of this SUMMONS, COMPLAINT with the
service endorsed thereon by me, to Reginald D. Rowan as legal asst. of the within named agency, the
Attorney for the District of Columbia and informing such person of their contents.

I certify that I am over the age of 18, and am not a party to the above action. I do solemnly declare under
the penalties of perjury that the matters and facts set forth herinabove are true and correct to the best of my
knowledge, information and belief. I certify that I am over the age of 18, and is not a party to the above action.

**Scott Tilles**
Process Server

**L.H. LEVY INVESTIGATIONS, INC.**
D B A Quickpace Process Services
P.O. Box 5880
Baltimore, MD 21282
(410) 653-9025
Our Job Serial Number: 2007000082

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V6.1j