# VERIFIED RETURN OF SERVICE

**District of Columbia**                               **United States District Court Court**

Case Number: 1:07CV00181

Plaintiff:
**ANH THI DOAN**

vs.

Defendant:
**JUANITA EGGLESTON, ET AL**

For:
portner and shure
Portner & Shure, P.A.
5300 Dorsey Hall Dr., Suite 104
Ellicott City, MD 21042

Received by L.H. LEVY INVESTIGATIONS, INC. on the 6th day of February, 2007 at 2:24 pm to be served on U.S. **ATTORNEY GENERAL- DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVE., NW., WASHINGTON DC**

I, Scott Tilles, do hereby affirm that on the **26th day of February, 2007 at 1:30 pm**, I:

Served a Government Agency by delivering a true copy of this **SUMMONS, COMPLAINT** with the date and hour of service endorsed thereon by me, to Willie T. Lee as general clerk of the within named agency, to wit: DOJ mail room and informing such person of their contents.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: Black, Height: 5'8", Weight: 175, Hair: Black, Glasses: Y

I certify that I am over the age of 18, and am not a party to the above action. I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herinabove are true and correct to the best of my knowledge, information and belief. I certify that I am over the age of 18, and is not a party to the above action.

Scott Tilles
Process Server

L.H. LEVY INVESTIGATIONS, INC.
D B A Quickpace Process Servers
P.O. Box 5880
Baltimore, MD 21282
(410) 653-9025
Our Job Serial Number:

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.8J

## VERIFIED RETURN OF SERVICE

District of Columbia

Case Number: 1:07CV00181

Plaintiff:
ANH THI DOAN

vs.

Defendant:
JUANITA EGGLESTON, ET AL

For:
portner and shure
Portner & Shure, P.A.
5300 Dorsey Hall Dr., Suite 104
Ellicott City, MD 21042

Received by L.H. LEVY INVESTIGATIONS, INC. on the 6th day of February, 2007 at 2:24 pm to be served on JEFFREY A. TAYLOR, U.S ATTORNEY FOR THE DISTRICT OF COLUMBIA, 501 3rd ST., N.W., WASHINGTON D.C. 20530.

I, Scott Tilles, do hereby affirm that on the 26th day of February, 2007 at 2:15 pm, I:

Served a Government Agency by delivering a true copy of this SUMMONS, COMPLAINT with the service endorsed thereon by me, to Reginald D. Rowan as legal asst. of the within named agency, Attorney for the District of Columbia and informing such person of their contents.

I certify that I am over the age of 18, and am not a party to the above action. I do solemnly declare under the penalties of perjury that the matters and facts set forth herinabove are true and correct to the best of my knowledge, information and belief. I certify that I am over the age of 18, and is not a party to the above action.

Scott Tilles
Process Server

L.H. LEVY INVESTIGATIONS, INC.
D B A Quickpace Process Services
P.O. Box 5880
Baltimore, MD 21282
(410) 653-9025
Our Job Serial Number: 2007000082

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V6.1g