UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANH THI DOAN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.1:07CV00181(EGS) |
| ) | |
| v. ) | |
| ) | |
| JUANITA EGGLESTON, <u>et al.</u> ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant the United States of America (the "Government"), through undersigned counsel, hereby requests that the Court grant Defendant a 10-day enlargement of time to respond to Plaintiff's complaint, making Defendant's response to Plaintiff's complaint due May 7, 2007.  Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendant has conferred with counsel for Plaintiff, and Plaintiff consents to the requested extension of time.

In support of this consent motion for an extension of time, the Government states as follows:

Plaintiff initiated this tort action on January 25, 2007.  Plaintiff's return of service affidavit states that the United States Attorney's Office was served with a copy of Plaintiff's complaint on February 26, 2007, making April 27, 2007 the current deadline for Defendant to

submit an Answer or otherwise respond to Plaintiff's complaint.[1]

The undersigned Assistant United States Attorney believes that Defendant Juanita Eggleston is not a federal employee, and was not a federal employee at the time the tort allegedly occurred. Accordingly, counsel for the Government has been engaged in discussions with counsel for Plaintiff concerning the dismissal of the Government as a party, or other procedural measures for withdrawing Plaintiff's claims against the Government. In the event those discussions do not lead Plaintiff to withdraw Plaintiff's claims against the Government, the undersigned intends to file a motion to dismiss. A 10-day extension of time is needed to allow counsel to continue those discussions or, should the discussions fail to cause the withdrawal of all claims against the Government, to allow sufficient time for counsel for the Government to prepare a motion to dismiss.

There are no pending deadlines or hearings that this extension would affect.

---

[1] The United States Attorney's Office records indicate that service was made March 2, 2007, which would make the United States' Answer to the complaint due May 1, 2007. However, the undersigned will assume for the purpose of this motion that the Answer is due April 27, 2007.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court GRANT Defendant's Motion for Extension of Time to File Answer Or Otherwise Respond to Plaintiff's Complaint.

Dated: April 25, 2007             Respectfully submitted,

                                   _____/s/_____
                                   JEFFREY A. TAYLOR, D.C. BAR # 498610
                                   United States Attorney


                                   _____/s/_____
                                   RUDOLPH CONTRERAS, D.C. BAR #434122
                                   Assistant United States Attorney


                                   _____/s/_____
                                   ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                   Assistant United States Attorney
                                   555 Fourth St., N.W.
                                   Washington, D.C. 20530
                                   Phone: (202) 514-7198
                                   Fax: (202) 514-8780
                                   Robin.Meriweather2@usdoj.gov

**Certificate of Service**

I hereby certify that on this 25th day of April, 2007, I caused a copy of the foregoing consent motion for extension of time to be served upon Plaintiff by the Court's Electronic Case Filing system or, should I receive notice from the ECF system indicating that electronic transmission failed, to be served by first class mail, postage prepaid addressed to:

> Jonathan N. Portner, Esq.
> Portner & Shure, P.A.
> 5300 Dorsey Hall Drive, Suite #104
> Ellicott City, MD 20142

I further certify that on this 25th day of April, 2007, I caused a copy of the foregoing consent motion to be served upon Defendant Juanita Eggleston by first class mail, postage prepaid addressed to:

> Juanita Eggleston
> Metropolitan Police Department
> 415 4th Street SW
> Washington, DC 20024

>       /s/   Robin M. Meriweather
> Robin M. Meriweather
> D.C. Bar # 490114
> Assistant United States Attorney
> United States Attorney's Office
> 555 4th St., N.W.
> Washington, D.C. 20530
> (202) 514-7198
> Robin.Meriweather2@usdoj.gov