**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANH THI DOAN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.1:07CV00181(EGS) |
| ) | |
| v. ) | |
| ) | |
| JUANITA EGGLESTON, et al. ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

**SECOND MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant the United States of America (the "Government"), through undersigned counsel, hereby requests that the Court grant the Government a 10-day enlargement of time to respond to Plaintiff's complaint, making the Government's response to Plaintiff's complaint due May 17, 2007. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for the Government contacted counsel for Plaintiff to obtain Plaintiff's position on this request; however, counsel for Plaintiff was not in the office, and had not returned the undersigned Assistant United States Attorney's call as of the time the Government filed this motion.

In support of this motion for an extension of time, the Government states as follows:

Plaintiff initiated this tort action on January 25, 2007. On April 25, 2007, the Government requested a 10-day enlargement of time to respond to Plaintiff's complaint. See Dkt. Entry 4. This Court granted that enlargement motion, making the Government's answer due May 7, 2007.

As stated in the Government's first enlargement motion, counsel for the Government has been engaged in discussions with counsel for Plaintiff concerning the dismissal of the Government as a party, or other procedural measures for withdrawing Plaintiff's claims against the Government.  Counsel for the Government initiated those discussions because Defendant Juanita Eggleston informed the undersigned Assistant United States Attorney that she is not a federal employee, and was not a federal employee at the time the tort allegedly occurred.

On May 3, 2007, the undersigned Assistant United States Attorney spoke to an individual in the office of counsel for Plaintiff, and that individual informed the undersigned Assistant United States Attorney that Plaintiff intended to withdraw her/his claims against the United States.  Accordingly, the undersigned Assistant United States Attorney did not prepare a motion to dismiss.

However, the docket sheet indicates that Plaintiff has not yet withdrawn any of her/his claims.  Accordingly, counsel for the Government requests an additional 10-day enlargement of time to file an answer or otherwise respond to Plaintiff's complaint.

There are no pending deadlines or hearings that this extension would affect.

WHEREFORE, for the foregoing reasons, Defendant the United States of America respectfully requests that the Court GRANT its Motion for Extension of Time to File Answer Or Otherwise Respond to Plaintiff's Complaint.

Dated: May 7, 2007                                Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**Certificate of Service**

I hereby certify that on this 7th day of May, 2007, I caused a copy of the foregoing motion for extension of time to be served upon Plaintiff by the Court's Electronic Case Filing system or, should I receive notice from the ECF system indicating that electronic transmission failed, to be served by first class mail, postage prepaid addressed to:

    Jonathan N. Portner, Esq.
    Portner & Shure, P.A.
    5300 Dorsey Hall Drive, Suite #104
    Ellicott City, MD 20142

I further certify that on this 7th day of May, 2007, I caused a copy of the foregoing consent motion to be served upon Defendant Juanita Eggleston by first class mail, postage prepaid addressed to:

    Juanita Eggleston
    Metropolitan Police Department
    415 4th Street SW
    Washington, DC 20024

                                        /s/   Robin M. Meriweather
                                        Robin M. Meriweather
                                        D.C. Bar # 490114
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        555 4th St., N.W.
                                        Washington, D.C. 20530
                                        (202) 514-7198
                                        Robin.Meriweather2@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANH THI DOAN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.1:07CV00181(EGS) |
| ) | |
| v. ) | |
| ) | |
| JUANITA EGGLESTON, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Defendant the United States of America's Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint, it is this \_\_\_\_ day of _____, 2007, hereby

ORDERED that Defendant the United States of America's Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint, be and is hereby GRANTED;

it is further ORDERED that Defendant the United States of America shall file an answer or otherwise respond to Plaintiff's complaint on or before May 17, 2007.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE