## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANH THI DOAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.1:07CV00181(EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| JUANITA EGGLESTON, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant the United States of America (the "Government"), through undersigned counsel, hereby requests that the Court grant the Government a 14-day enlargement of time to respond to Plaintiff's complaint, making the Government's response to Plaintiff's complaint due May 31, 2007. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for the Government contacted counsel for Plaintiff to obtain Plaintiff's position on this request; however, counsel for Plaintiff had not returned the undersigned Assistant United States Attorney's call as of the time the Government filed this motion.

In support of this motion for an extension of time, the Government states as follows:

Plaintiff initiated this tort action on January 25, 2007. On May 7, 2007, the Government requested a 10-day enlargement of time to respond to Plaintiff's complaint. See Dkt. Entry 5. This Court granted that enlargement motion, making the Government's answer due May 17, 2007.

As stated in the Government's prior enlargement motions, counsel for the Government has been engaged in discussions with counsel for Plaintiff concerning the dismissal of the Government as a party, or other procedural measures for withdrawing Plaintiff's claims against the Government.  Counsel for the Government initiated those discussions because Defendant Juanita Eggleston informed the undersigned Assistant United States Attorney that she is not a federal employee, and was not a federal employee at the time the tort allegedly occurred.

On May 3, 2007, the undersigned Assistant United States Attorney spoke to an individual in the office of counsel for Plaintiff, and that individual informed the undersigned Assistant United States Attorney that Plaintiff intended to withdraw her/his claims against the United States.  Since that time, counsel for Defendants has made further inquiries concerning Plaintiff's intent to voluntarily dismiss the action.  As recently as May 16, 2007, the undersigned Assistant United States believed that Plaintiffs would sign and file a notice of dismissal.  Accordingly, the undersigned Assistant United States Attorney did not prepare a motion to dismiss.

However, the docket sheet indicates that Plaintiff has not yet withdrawn any of her/his claims.  Accordingly, counsel for the Government requests an additional 14-day enlargement of time to file an answer or otherwise respond to Plaintiff's complaint.  That enlargement is requested so that the undersigned can prepare a motion to dismiss Plaintiff's claims.

There are no pending deadlines or hearings that this extension would affect.

WHEREFORE, for the foregoing reasons, Defendant the United States of America respectfully requests that the Court GRANT its Motion for Extension of Time to File Answer Or Otherwise Respond to Plaintiff's Complaint.

Dated: May 17, 2007               Respectfully submitted,

                    /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


                    /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


              /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**Certificate of Service**

I hereby certify that on this 17th day of May, 2007, I caused a copy of the foregoing motion for extension of time to be served upon Plaintiff by the Court's Electronic Case Filing system or, should I receive notice from the ECF system indicating that electronic transmission failed, to be served by first class mail, postage prepaid addressed to:

> Jonathan N. Portner, Esq.
> Portner & Shure, P.A.
> 5300 Dorsey Hall Drive, Suite #104
> Ellicott City, MD 20142

I further certify that on this 17th day of May, 2007, I caused a copy of the foregoing consent motion to be served upon Defendant Juanita Eggleston by first class mail, postage prepaid addressed to:

> Juanita Eggleston
> Metropolitan Police Department
> 415 4th Street SW
> Washington, DC 20024

        /s/   Robin M. Meriweather
Robin M. Meriweather
D.C. Bar # 490114
Assistant United States Attorney
United States Attorney's Office
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7198
Robin.Meriweather2@usdoj.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANH THI DOAN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.1:07CV00181(EGS) |
| ) | |
| v. ) | |
| ) | |
| JUANITA EGGLESTON, <u>et al.</u> ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Defendant the United States of America's Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint, it is this \_\_\_\_ day of _____, 2007, hereby

ORDERED that Defendant the United States of America's Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint, be and is hereby GRANTED;

it is further ORDERED that Defendant the United States of America shall file an answer or otherwise respond to Plaintiff's complaint on or before May 31, 2007.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE