UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANH THI DOAN | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 1:07CV00181(EGS) |
| JUANITA EGGLESTON, et al. | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Anh Thi Doan hereby provides notice of the voluntary dismissal without prejudice of the above-captioned action, with each side to bear its own costs.

Dated: May 15, 2007

Respectfully submitted,

/s/
JONATHAN N. PORTNER, # 06576
Portner & Shure, P.A.
5300 Dorsey Hall Drive, Suite # 104
Ellicott City, MD 21042
(301) 854-9000

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2007, I caused a copy of the foregoing Notice of Dismissal to be filed and served upon Defendant the United States of America via the Court's ECF system, and to be served upon Defendant Juanita Eggleston by first class mail, postage prepaid, addressed as follows:

Juanita Eggleston
Metropolitan Police Department
415 4th Street SW
Washington, DC 20024

/s/
JONATHAN N. PORTNER, # 06576